UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE MICHAEL S. BERG TO MAGISTRATE LUPE RODRIGUEZ, JR. | ORDER OF TRANSFER |
|---|---|

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the Honorable Michael S. Berg's calendar to the calendar of the Honorable Lupe Rodriguez for all further proceedings. All pending dates including discovery deadlines, hearings, and conferences before Magistrate Judge Berg, if any, remain unchanged until further order and are now **SET** before Magistrate Judge Lupe Rodriguez, Jr. Any dates set before any district judge remain unchanged.

///
///
///
///
///
///
///
///

| Case No. | Title |
|---|---|
| 21cv1161-MSB | Cervantes v. Saul |
| 21cv1770-GPC (MSB) | Vega v. Management and Training Corporation |
| 22cv670-MSB | Willems v. Kijakazi |
| 22cv701-RBM (MSB) | Rico v. Holbrook, et al. |
| 22cv1144-JLS (MSB) | Avery v. McCourt, et al. |

**IT IS SO ORDERED.**

Dated: October 4, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge